ORDERED.

Dated: January 30, 2017

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                                CASE NO.: 6:16-bk-07461-RAC
                                                                      CHAPTER 7
Andrew John Lewis,

   Debtor,

Deborah Anne Lewis,

   Joint Debtor.

_____/

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on consideration upon consent on NATIONSTAR MORTGAGE LLC's ("Secured Creditor") Motion for Relief from Stay (Docket No.7).  Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured

16-228005 - AmR

PAGE 1

Creditor's interest in the following property located at 465 AUBORN AVENUE, BROOKHAVEN, NY 11967 in Suffolk County, New York, and legally described as:

> ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, SITUATE, LYING AND BEING AT YAPHANK, TOWN OF BROOKHAVEN, COUNTY OF SUFFOLK AND STATE OF, NEW YORK, KNOW AND DESIGNATED AS LOT OR PLOT NO. 1126 AS SHOWN ON A CERTAIN MAP ENTITLED, "MAP OF MASTIC ACRES, UNIT 13" MADE BY HAVENS AND PELLETREAU, LICENSED SURVEYORS, PATCHOGUE, LONG ISLAND, N.Y. DATED MARCH 20, 1947, AND FILED IN THE OFFICE OF THE CLERK OF THE COUNTY OF SUFFOLK ON JULY 11, 1947 AS MAP NO. 1557. BEGINNING AT A POINT ON THE WESTERLY SIDE OF AUBORN AVENUE, DISTANT 450.00 FEET SOUTHERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHERLY SIDE OF AUBORN AVENUE, 50.00 FEET;
>
> RUNNING THENCE SOUTH 20 DEGREES 18 MINUTES 50 SECONDS EAST ALONG THE WESTERLY SIDE OF AUBORN AVENUE, 50.00 FEET; THENCE SOUTH 69 DEGREES 41 MINUTES 10 SECONDS WEST, 217.80 FEET; THENCE NORTH 20 DEGREES 18 MINUTES 50 SECONDS WEST, 50.00 FEET;
>
> THENCE NORTH 69 DEGREES 41 MINUTES 10 SECONDS EAST, 217.80 FEET TO THE WESTERLY SIDE OF AUBORN AVENUE AT THE POINT OR PLACE OF BEGINNING.
>
> TAX MAP NUMBER: 0200-642.00-02.00-044.000

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an in *personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. Attorneys' fees in the amount of $350.00; and costs in the amount of $176.00 are

awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

6. The effect of the relief granted by this Order shall be stayed for ninety (90) days from the date which the order is entered to allow the Trustee time to market and sell the subject property.

### 

Attorney, Bouavone Amphone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.